IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 2, 2007

Charles R. Fulbruge III
Clerk

No. 07-40272
Summary Calendar

CLARENCE BONDS

Plaintiff - Appellant

v.

ALLIANCE BANK; TOM SELLER; BREIT PRICE;
SAM HALL; KENNETH HALL; PAULA
SHIROMA BENDER

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Texas, Sherman
USDC 4:06-CV-207

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

This court has read Clarence Bonds' complaints against the six defendants and the voluminous papers filed in the record, and we have to conclude that he has not raised any claim under the federal law. The magistrate judge in his report on February 7 explains the reasons for this. Judge Schneider considered

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the claims and concurred with the magistrate judge. Federal law for the reasons already stated allows no jurisdiction or provision for any claim Bonds has made.

The judgment is AFFIRMED.